James C. Davis, federal agent director general of railroads, appellant, v. C. W. Barnes, appellee. Gen. No. 27,983.

Action for freight charges and demurrage on carload of sawdust. Verdict directed for defendant, judgment in accordance with such verdict. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate

## 636    APPELLATE COURTS OF ILLINOIS.

Court at the October term, 1922. Reversed and remanded. Opinion filed March 13, 1923.

Loesch, Scofield, Loesch & Richards, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.